| United States Bankruptcy Court<br>Eastern District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Young Men's Christian Association of Metropolitan Milwaukee, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**39-0806314** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**161 West Wisconsin Avenue<br>Suite 4000<br>Milwaukee, WI**                    ZIP Code **53203** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Milwaukee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>☐ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9     of a Foreign Main Proceeding<br>■ Chapter 11  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12    of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
|---|---|---|

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **The Young Men's Christian Association of Metropolitan Milwaukee, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ |
| | Signature of Attorney for Debtor(s)                    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**The Young Men's Christian Association of Metropolitan Milwaukee, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X**  **/s/ Mark L. Metz**
Signature of Attorney for Debtor(s)

**Mark L. Metz**
Printed Name of Attorney for Debtor(s)

**Leverson & Metz S.C.**
Firm Name

**225 East Mason Street**
**Suite 100**
**Milwaukee, WI 53202-3638**
Address

**(414) 271-8500  Fax: (414) 271-8504**
Telephone Number

**June  4, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Julie A. Tolan**
Signature of Authorized Individual

**Julie A. Tolan**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**June  4, 2014**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

2 Story Creative
641 W. National Ave
Milwaukee, WI 53204

275 West Wisconsin Avenue Holdings, LLC
One Park Plaza
9th Floor
Oakbrook Terrance, IL 60181

829 Studios
1330 Beacon Street
Suite 228
Brookline, MA 02446

A-1 Restaurant Equipment Services
4075 N 124th St
Brookfield, WI 53005

A-1 Textiles
P.O. Box 5259
Chatsworth, CA 91313-5259

A/E Graphics
7373 S 6th St
Oak Creek, WI 53154

ABEE Inc
37050 Silver Knoll Ct
Oconomowoc, WI 53066

Absolute Fencing Gear Inc
28E Chimney Rock Rd
Bridgewater, NJ 08807

AC Plumbing Inc
1430 Drexel Blvd
South Milwaukee, WI 53172

Accurate Industries, Inc
441 Carpenter Ave
Wheeling, IL 60090

Acme Lock Company
P.O. Box 05500
Milwaukee, WI 53205

Action Graphics
5203 N. 125th St
Butler, WI 53007

Advantage Valet Parking, Inc
P.O. Box 356
Wauconda, IL 60084

Alberti's Trophies & Awards, Inc
7125 W Greenfield
West Allis, WI 53214

Albiero Plumbing Inc
1940 N Main Street
West Bend, WI 53090

Ally
P.O. Box 9001948
Louisville, KY 40290-1948

Alpine Towers, Inc.
P.O. Box 69
Pineola, NC 28662

American Hotel Register Co
P.O. Box 71299
Chicago, IL 60694

American Red Cross-Health & Safety Servi
25688 Network Place
Chicago, IL 60673-1256

Aramark Refreshment Services
2885 S 171st St
New Berlin, WI 53151

Arbor Scape Inc.
N120 W17740 Freistadt Road
Germantown, WI 53022

ASC Pumping Equipment
3064 Helsan Dr
Richfield, WI 53076

AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

ATCO International
1401 Barclay Circle, SE
Marietta, GA 30060-2925

Aurora Health Care
P.O. Box 341308
Milwaukee, WI 53234-1308

Automatic Entrances of Wisconsin
1712 Paramount Ct
Waukesha, WI 53186

AV Lighting & Signs
P.O. Box 511372
New Berlin, WI 53151

Avalon Graphics
1020 James Dr
Suite H2
Hartland, WI 53029

Barton Small Engine
1628 N Main St
West Bend, WI 53090

Batteries Plus, LLC
P.O. Box 71471
Chicago, IL 60694-1471

Batzner Pest Management
16948 W Victor Rd
New Berlin, WI 53151

Baycom Inc
2040 Radisson St
Green Bay, WI 54302

BBC Lighting & Supply
2015 W St Paul Ave
Milwaukee, WI 53233

Biospace Inc
13850 Cerritos Corporate Dr
Unit C
Cerritos, CA 90703

Biz Time Media, LLC
126 N Jefferson
Suite 403
Milwaukee, WI 53202

Blair's True Value Hardware
P.O. Box 363
Butler, WI 53007-0363

BMO Harris Bank N.A.
P.O. Box 3052
Milwaukee, WI 53201-3052

BMO Harris Bank, N.A.
770 N. Water St.
Milwaukee, WI 53203

Bob Lurie Glass Corp.
6960 N Teutonia Ave
Milwaukee, WI 53209

Bonafide Safe & Lock Inc
3605 N 126th St
Brookfield, WI 53005

BP of Kewaskum
P.O. Box 462
Kewaskum, WI 53040

Braun ThyssenKrupp Elevator LLC
2829 Royal Ave
Madison, WI 53713

Breakaway Bicycle Courier, LLC
224 A W Wells St
Milwaukee, WI 53203

Bubricks Office Supply Inc
P.O. Box 640
Germantown, WI 53022

C H Coakley & Co
2151 N MLK Dr
Suite 200
Milwaukee, WI 53212-3101

CalFirst California First National Bank
18201 Von Karman Ave
Suite 800
Irvine, CA 92612

Calvin Rayford
2428 W Holt Ave
Milwaukee, WI 53215

Camp America
24675 Network Pl
Chicago, IL 60673-1246

Carrico Aquatic Resources Inc
822 7th Street S E
Suite B
Oelwein, IA 50662

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723

Central Office Systems
W223N777 Saratoga dr
Waukesha, WI 53186

Chad Anhalt
330 S. Maple Lane
Saukville, WI 53080

Cintas Corp
P.O. Box 740855
Cincinnati, OH 45274-0855

Citrix System Inc
P.O. Box 931686
Atlanta, GA 31193-1686

City of Franklin
9229 W. Loomis Road
Franklin, WI 53132

City of Milwaukee
P.O. Box 78776
Milwaukee, WI 53278

City of Milwaukee
200 E Wells St
Room 105
Milwaukee, WI 53202

City of Milwaukee
841 N Broadway
10th Floor
Milwaukee, WI 53202-3687

Citypress
W238 N1650 Rockwood Dr
Waukesha, WI 53188

Clean Rite Supply Inc
P.O. Box 467
Brookfield, WI 53045

Clear Channel Broadcasting
P.O. Box 847304
Dallas, TX 75284-7304

Clear Channel Outdoor Inc
P.O. Box 847247
Dallas, TX 75284-7247

ColorId LLC
P.O. Box 1350
Cornelius, NC 28031

Community United Methodist Church
W68N563 Evergreen Blvd
PO Box 617
Cedarburg, WI 53012-0617

Conley Service LLC
P.O. Box 3001
Beaver Dam, WI 53916

Corporate Image Promotions
20622 Muddy Harbour Square
Sterling, VA 20165

Creative Business Interiors Inc
1535 S 101st St
Milwaukee, WI 53214

Crown USA
8831 S Greenview Dr
Middleton, WI 53562

CSI Media, LLC
P.O. Box 367
Delavan, WI 53115

Culligan Water Conditioning
P.O. Box 77043
Dept 8501
Minneapolis, MN 05548-0774

Cybex International Inc
P.O. Box 8500-1401
Philadelphia, PA 19178-1401

De Lage Lander Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA 19101

Digital Edge of Milwaukee
330 E Mason
Milwaukee, WI 53202

Dillett Mechanical Service
21625 Doral Rd
Waukesha, WI 53186

Direct Fitness Solutions
321 Townline Rd
Mundelein, IL 60060

Direct Media
72 Sharp St
Suite C-12
Hingham, MA 02043

Discount School Supply
P.O. Box 6013
Carol Stream, IL 60197

Discovery World Pier Wisconsin
500 N Harbor Dr
Milwaukee, WI 53202

Donor By Design
724 N Elizabeth Ave
Ferguson, MO 63135

Drews True Value
1629 Wisconsin St
Port Washington, WI 53074

Dunbar Armored Inc.
P.O. Box 64115
Baltimore, MD 21264-4115

Ecolab, Inc, Institutional Division
P.O. Box 70343
Chicago, IL 60673

Eggers Imprints
5221 Beaver Creek Pkwy
Brown Deer, WI 53223

ELIVATE
P.O. Box 638256
Cincinnati, OH 45263-8256

Entercom Milwaukee LLC
11800 W Grange
Hales Corners, WI 53130

Enterprise Rent-A-Car
S17W22650 Lincoln Ave
Waukesha, WI 53186-5377

Entertainment Weekly
P.O. Box 6001
Tampa, FL 33660-0001

Exacta Graphics Incorporated
13050 W Custer Ave
Butler, WI 53007-1115

Express Promotions
P.O. Box 563
Milwaukee, WI 53201

Extractor Corporation
P.O. Box 99
South Elgin, IL 60177

Fairchild Electric
2570 W Kilgore Ave
Muncie, IL 47304

Fairway Lighting Inc
730 Larry Ct
Unit D
Waukesha, WI 53186

Federal Express Corp
P.O. Box 94515
Palatine, IL 60094-4515

Ferguson Enterprises Inc
P.O. Box 802817
Chicago, IL 60680-2817

Filtration Concepts Inc
P.O. Box 426
Lannon, WI 53046

First Advantage LNS Screening Solutions
P.O. Box 742576
Atlanta, GA 30374-2576

Fitlinxx
3 Enterprise Dr
Suite 40
Shelton, CT 06484

Fox Television Stations, Inc
3609 Solutions Center
Chicago, IL 60677-3006

Free Motion Fitness Inc
P.O. Box 99661
Chicago, IL 60693

Frontier
P.O. Box 20550
Rochester, NY 14602-0550

Fun Express
P.O. Box 790403
St Louis, MO 63179-0403

Gaiam Americas Inc
P.O. Box 677704
Dallas, TX 75267-7704

GE Capital
P.O. Box 740423
Atlanta, GA 30374

Geiger Inc
660 W Sunset Dr
Waukesha, WI 53189

Genius Supply Co, Inc
6758 N Sidney Pl
Milwaukee, WI 53209

Glide Fitness Products Inc
1609 E McFadden Ave
Unit F
Santa Anna, CA 92705

Grainger
Dept 801767625
Palatine, IL 60038-0001

Greenway Associates, LLC
P.O. Box 340546
Milwaukee, WI 53234

Grunau Company
P.O. Box 479
Milwaukee, WI 53201

Hach Company
2207 Collections Center Dr
Chicago, IL 60693

Hallman/Lindsay Paints, Inc.
1717 N. Bristol St
PO Box 109
Sun Prairie, WI 53590-0109

Halquist Stone
P.O. Box 8865
Carol Stream, IL 60197

Hasty Awards
1015 Enterprise St
Ottawa, KS 66067

Hein Electric Supply Co
P.O. Box 499
Butler, WI 53007-0499

Herb Fitzgerald Company
13150 W Glendale Ave
PO Box 465
Butler, WI 53007-0465

Heritage
3575 N 124th St
Brookfield, WI 53005

Hidden Bay Sports
P.O. Box 472
Hayward, WI 54843

Home Depot Supply
P.O. Box 509058
San Diego, CA 92150-9058

Hydro-Flo Products Inc.
P.O. Box 407
Brookfield, WI 53008-0407

Idenity Solutions Inc
701 Decatur Ave North
Suite 202
Golden Valley, MN 55427

IdentiSys
P.O. Box 1086
Minnetonka, MN 55345-0086

Interface Flooring Systems
P.O. Box 951700
Dallas, TX 75395-1700

Interiorscapes
5600 W North Ave
Milwaukee, WI 53208-1051

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

ITU, Inc
P.O. Box 88479
Milwaukee, WI 53288

J & H Heating Incorporated
1220 Mineral Springs Dr
Port Washington, WI 53074

Jennifer Coppersmith Design, LLC
1159 S Windsor St
Salt Lake City, UT 84105

JM Brennan Inc
P. O. Box 2127
Milwaukee, WI 53201

JobTarget.com
22 Masonic St
Suite 302
New London, CT 06320

Johnson Controls
P.O. Box 93107
Chicago, IL 60673-3107

Johnson Health Tech NA Inc
1600 Landmark Dr
Cottage Grove, WI 53527

Journal Broadcast Group Inc
P.O. Box 689111
Milwaukee, WI 53268-9111

Journal Sentinel Inc
Box 78932
Milwaukee, WI 53278-0932

Journal/Sentinel Inc
Box 78932
Milwaukee, WI 53278-0932

Jules and Associates, Inc.
515 S. Figueroa Street
Suite 1950
Los Angeles, CA 90071

Kasten Farm LLC
9415 Bridge St
Cedarburg, WI 53012

Kenosha Kingfish
7817 Sheridan Rd
Kenosha, WI 53143

Konica Minolta Premier Finance
P.O. Box 740423
Atlanta, GA 30374

Kons Septic Service
W156N11387 Pilgram Rd
#10
Germantown, WI 53022

Kreisers Inc
P.O. Box 2758
Sioux Falls, SD 57101-2758

Kronos
P.O. Box 845748
Boston, MA 02284-5748

Krueger International Inc
P.O. Box 204576
Dallas, TX 75320-4576

Kujawa Enterprises Inc
824 E. Rawson Ave
Oak Creek, WI 53154

L & A Crystal Services, LLC
10903 N. Industrial Drive
Mequon, WI 53092

Lakefront Communications LLC
5407 West McKinley Avenue
Milwaukee, WI 53208

Lamar Texas Limited Partnership
P.O. Box 96030
Attn: Billing
Baton Rouge, LA 70896

Lamp Recyclers Inc.
3055 Holmgren Way
Green Bay, WI 54304

Legs Express Direct
P.O. Box 210163
Milwaukee, WI 53221

Les Mills Midwest
3675 Commerical Ave
Northbrook, IL 60062

Life Fitness
Dept 77-2716
Chicago, IL 60678-2716

Lorman Education Services
P.O. Box 2933
Dept 5382
Milwaukee, WI 53201-2933

LXI Enterprise Storage LLC
391 E Las Colinas Blvd
Ste 130 PMB 440
Irving, TX 75039

Magazines.com
P.O. Box 682108
Franklin, TN 37068-2108

Marquette University
P.O. Box 1881
Comptroller's Office
Milwaukee, WI 53201-1881

Merchant Automotive Group, Inc.
1278 Hooksett Rd.
Hooksett, NH 03106

Metro Business Publications
12660 W North Ave
Bldg D
Brookfield, WI 53005

Metropolitan Maintenance & Landscaping
11020 W Rogers
West Allis, WI 53227

Micale Investments Inc. dba Ace Hardware
1009 Marquette Ave
South Milwaukee, WI 53172

Midland  Plastics, Inc.
P.O. Box 510055
New Berlin, WI 53151-0055

Milwaukee County Transit System
1942 N 17th St
Milwaukee, WI 53205

Milwaukee Courier
P.O. Box 06279
Milwaukee, WI 53206

Milwaukee Radio Alliance, LLC
N72W12922 Good Hope Rd
Menomonee Falls, WI 53051

Milwaukee Sporting Goods, Inc
N56W13595 Silver Spring Rd
Menomonee Falls, WI 53051

Milwaukee Sportservice INC.
One Brewers Way
Milwaukee, WI 53214

Milwaukee Water Works
P.O. Box 3268
Milwaukee, WI 53201-3268

Moegenburg Research Inc
155 S Executive Dr
Suite 212
Brookfield, WI 53005

Mount Mary College
2900 N Menomonee River Pkwy
Milwaukee, WI 53222

Mountain Outfitters
109 S Main St
West Bend, WI 53095

MySummerCamps
P.O. Box 60349
Los Angeles, CA 90060

myVolo
1762 W 8th Ave
Vancouver, BC - Canada V6J 1V6

Nasco
P.O. Box 901
Fort Atkinson, WI 53538-0901

Nassco Inc
5365 S Moorland Road
New Berlin, WI 53151

National Ace Hardware
1303 N 4th St
Milwaukee, WI 53212-4004

National College Access Network
1001 Connecticut Ave NW
Suite 632
Washington, DC 20036

National Student Clearinghouse
P.O. Box 79252
Baltimore, MD 21279-0252

National Ticket Co
P.O. Box 547
Shamokin, PA 17872-0547

Neu's Building Center Inc ACE
N95W16915 Richfield Way
PO Box 665
Menomonee Falls, WI 53052

Neuman Pool, Inc.
W9684 Beaverland Pkwy
PO Box 413
Beaver Dam, WI 53916

Next Electric Inc
N27W23588 Paul Rd
Pewaukee, WI 53072

Octane Fitness LLC
P.O. Box 1521
Minneapolis, MN 55480-1521

OnMilwaukee.Com LLC
735 N Water St
Suite 250
Milwaukee, WI 53202

Oshkosh YMCA
324 Washington Ave
Oshkosh, WI 54901

Ozaukee County Ttreasurer
121 W. Main St
P.O. Box 994
Port Washington, WI 53074

Packaging Material Direct Inc
30405 Solon Road #9
Solon, OH 44139

Pagoda Group
1038 Beacon St
Suite 304
Brookline, MA 02446

Partnership for Philanthropic Planning
233 McCrea St
Suite 300
Indianapolis, IN 46225

Pieper Electric Inc
5070 N 35th St
Milwaukee, WI 53209

Piranha Paper Shredding
17155 W Glendale Dr
New Berlin, WI 53151

Pitney Bowes Global Financial Service
P.O. Box 371896
Pittsburch, PA 15250

Pix Creative LLC
P.O. Box 191
Grafton, WI 53024

Plankinton Building Condo Association
10535 W College Ave
Franklin, WI 53132

Plastics Unlimited
P.O. Box 26443
Wauwatosa, WI 53226

Port Publications Inc
125 E Main St
PO Box 249
Port Washington, WI 53074

Power System
P.O. Box 51030
Knoxville, TN 37950

Precor Inc
P.O. Box 3136
Carol Stream, IL 60132-3136

Prism Software Corporation
15500-C Rockfield Blvd
Irvine, CA 92618

PromoLux, Inc
6027 W Vliet
Wauwatosa, WI 53213

Pt Washington-Saukville School District
100 W Monroe St
Port Washington, WI 53074

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Quality Electric Service, Inc.
4170 N 35th St
Milwaukee, WI 53216

Randall Berg
N7061 Ceaser Rd
Watertown, WI 53094

ReachLocal Inc
15800 W. Bluemound Rd
Suite 105
Brookfield, WI 53005

Ready Care Industries Inc
15845 E 32nd Ave
Bldg 2
Aurora, CO 80011

Recycle Technologies, Inc
4000 Winnetka Ave North
New Hope, MN 55427

Reeseville Ridge Nursery
512 S Main
Reeseville, WI 53579

Renaissance Learning, Inc
P.O. Box 64910
St Paul, MN 55164-0910

Reputation Partners
105 W Adams St
Suite 2220
Chicago, IL 60603

Retention Management
P.O. Box 8500
Philadelphia, PA 19178-3476

Riteway Bus Service Inc
P.O. Box 398
Germantown, WI 53022

Ryder Transportation Services
P.O. Box 96723
Chicago, IL 60693

S&S Worldwide
P.O. box 210
Hartford, CT 06141-0210

Safety Mart
N89W16837 Appleton Ave
Menomonee Falls, WI 53051

Scale-Tronix Accessories
200 E Post Rd
Suite 2
White Plains, NY 10601

SDC Accounting Department
4041 N Richards
Milwaukee, WI 53212

Sherwin-Williams
515 S 1st St
Milwaukee, WI 53204

Sign A Rama
272 N. 12th
Suite 100
Milwaukee, WI 53233

Signius
100 Oxmoor Rd
Suite 110
Birmingham, AL 35209

Silk Screen Specialist, Inc.
1231 11th Ave
Grafton, WI 53024

Simplex Grinnell
Dept CH 10320
Palatine, IL 60055-0320

Snowhite Textile & Furnishing Inc.
300 S Lombard Rd
Addison, IL 60101

Sound Advice Marketing
9524 E 81st St
Suite B 1503
Tulsa, OK 74133-8032

Spectrum Resources
P.O. Box 511216
Delafield, WI 53151-2016

Sportsmith LLC
5925 S 118th East Ave
Suite B
Tulsa, OK 74146

St. John Properties, Inc.
P.O. Box 62696
Baltimore, MD 21264

Stanley Convergent Security Solutions
Dept CH 10651
Palatine, IL 60055

Staples Business Advantage
P.O. Box 83689
Dept DET
Chicago, IL 60696-3689

Star Trac
P.O. Box 31001-1937
Pasadena, CA 91110

State of Wisconsin
DSPS S&B invoicing
PO Box 78086
Milwaukee, WI 53293-0086

State of Wisconsin Unemployment Reserve
201 E Washington Ave
Madison, WI 53703

Sterling True Value Hardware
7649 N Teutonia Ave
Brown Deer, WI 53209

Stone Creek Coffee
422 N. 5th St
Milwaukee, WI 53203-3005

Straight Up Inc
1190 Richards Rd
#4
Harland, WI 53029

Strupp Implement Inc
118 W Washington St
Slinger, WI 53086

Sunset Investors-Plankington, LLC
161W. Wisconsin Avenue
Suite 3023
Milwaukee, WI 53203

Super Natural Distributors
W229N1680 Westwood Dr
Waukesha, WI 53186

Superior Chemical Corp
P.O. Box 1085
Sheboygan, WI 53082

Sysco Food Services of Eastern Wisconsin
One Sysco Drive
Jackson, WI 53037-9226

Systems & Programming Solutions, Inc
400 N Executive Dr
Suite 210
Brookfield, WI 53005

Taher-North Shore Schools
2600 W Mill Rd
Glendale, WI 53209

Tartan Supply Co Inc
3250 N. 126th
Brookfield, WI 53005

Technogym USA Corp
700 Route 46 East
Fairfield, NJ 07004

Tessera Design
3924 S. Lake Drive
St. Francis, WI 53235

The Business Journal-Milwaukee
13835 Collections Center Dr
Chicago, IL 60693

The Cawley Company
1544 N 8th St
PO Box 2110
Manitowoc, WI 54221-2110

The Marek Group
W228N821 Westmound Dr
Waukesha, WI 53186

The Park People
1845 N Farwell Ave
#100
Milwaukee, WI 53202

The Registry
5900 Monona Dr
Suite 205
Madison, WI 53716

Todd Barnett
4525 W. Custer Ave
Milwaukee, WI 53218

Town and Country Mart ; Waldschmidt & So
N94W17937 Appleton Ave
Menomonee Falls, WI 53051

Trophy Athletic Supply Co
1021 N Old World 3rd St
Milwaukee, WI 53203-1392

Troy Freund Photography
1237 E Vienna Ave
Apt B
Milwaukee, WI 53212

Tyco Integrated Security LLC
P.O. Box 371967
Pittsburgh, PA 15250-7967

US Bank, N.A.
777 E Wisconsin Ave
Milwaukee, WI 53202

UWM School of Continuing Education
161 W Wisconsin Ave
Suite 6000
Milwaukee, WI 53203

UWM University Outreach
2200 E Kenwood Blvd-W390
PO Box 413
Milwaukee, WI 53201-0413

Vantiv, LLC
P.O. Box 636833
Cincinnati, OH 45263-6833

Velcheck & Finger Roof Consulting
W231N2844 Roundy Circle East
Pewaukee, WI 53072

Vertical Essence Dance Co
5550 N. 27th
Apt 4
Milwaukee, WI 53206

Washington County Treasurer
432 E. Washington St
P.O. Box 1986
West Bend, WI 53095

Waukesha County Treasurer
432 E. Washington St
P.O. Box 1986
West Bend, WI 53095

Waukesha County Treasurer
515 W. Moreland Blvd
Room 148
Waukesha, WI 53188

WDJT-TV-LP
39936 Treasury Center
Chicago, IL 60694-9900

WE Energies
P.O. Box 2089
Milwaukee, WI 53201-2089

Webb & Gerritsen, Inc
1308 Poplar Dr
Waukesha, WI 53188

Weber Printing Company
3048 N 34th St
Milwaukee, WI 53210

Weimer's Inc
7044 Sconfinato Dr
Hartford, WI 53027

Wellness Council
N19W24400 Riverwood Dr
Suite 260
Waukesha, WI 53188-1166

Wheaton Franciscan Healthcare - St. Jose
400 West river Woods Parkway
Glendale, WI 53212

Whitnall School District
5000 S 116th St
Greenfield, WI 53228

WI Dept. of Workforce Development
Unemployment Comp. Division
PO Box 7945
Madison, WI 53707-7945

Will Enterprises
7474 N Will Enterprise Ct
Milwaukee, WI 53224

Willis of Connecticut
P.O. Box 414965
Boston, MA 02241

Willis of Wisconsin Inc
93033 Network Place
Chicago, IL 60673-1930

Willoway Equine Clinic
S102W13945 Loomis Dr
Muskego, WI 53150

Windsor Creative
2209 Grand Tree Ct
Lake Mary, FL 32746

Winter Services
2100 S. 116th
West Allis, WI 53227

Wisconsin Attorney General
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857

Wisconsin Dept of Justice
P.O. Box 2688
Madison, WI 53701-2688

Wisconsin Dept. of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

WISN-TV
P.O. Box 26879
Lehigh Valley, PA 18002-6879

Worksright Software Inc
P.O. Box 1156
Madison, MS 39130

World Dryer
2224 Momentum Place
Chicago, IL 60689-5322

WVTV
7847 Big Sky Dr
Madison, WI 53719

YMCA Camp MacLean
31401 Durond Ave
Burlington, WI 53105

YMCA North American Network
140 Broadway
28th Floor
New York, NY 10005

Yoga Direct
11 S 12th St
4th Floor
Richmond, VA 23219

Zilli Hospitality Group
613 N Grandview Blvd
Waukesha, WI 53188

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **The Young Men's Christian Association of Metropolitan Milwaukee, Inc.**    Case No. _____

_____    Chapter   **11**
Debtor(s)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Young Men's Christian Association of Metropolitan Milwaukee, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  4, 2014** _____
Date

/s/ Mark L. Metz _____
**Mark L. Metz**
Signature of Attorney or Litigant
Counsel for   **The Young Men's Christian Association of Metropolitan Milwaukee, Inc.**
**Leverson & Metz S.C.**
**225 East Mason Street**
**Suite 100**
**Milwaukee, WI 53202-3638**
**(414) 271-8500 Fax:(414) 271-8504**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy