B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: **The Young Men's Christian Association of Metropolitan Milwaukee, Inc.**  
Debtor(s)

Case No. **14-27174**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 2 Story Creative<br>641 W. National Ave<br>Milwaukee, WI 53204 | Ellen Homb<br>2 Story Creative<br>641 W. National Ave<br>Milwaukee, WI 53204<br>414-220-9663 | Trade debt | | 47,816.52 |
| Carrico Aquatic Resources Inc<br>822 7th Street S E<br>Suite B<br>Oelwein, IA 50662 | Matt Carrico<br>Carrico Aquatic Resources Inc<br>822 7th Street S E<br>Suite B<br>Oelwein, IA 50662<br>414-788-1293 □ | Trade debt | | 18,495.82 |
| Central Office Systems<br>W223N777 Saratoga dr<br>Waukesha, WI 53186 | Bob Stachowiak<br>Central Office Systems<br>W223N777 Saratoga dr<br>Waukesha, WI 53186<br>262-784-9698 | Trade debt | | 20,083.20 |
| Clear Channel Outdoor Inc<br>P.O. Box 847247<br>Dallas, TX 75284-7247 | Kelly Resh<br>Clear Channel Outdoor Inc<br>P.O. Box 847247<br>Dallas, TX 75284-7247<br>414-545-8900 | Trade debt | | 60,000.00 |
| CSI Media, LLC<br>P.O. Box 367<br>Delavan, WI 53115 | Tim Elliott<br>CSI Media, LLC<br>P.O. Box 367<br>Delavan, WI 53115<br>262-728-3424 | Trade debt | | 18,127.00 |
| Jennifer Coppersmith Design, LLC<br>1159 S Windsor St<br>Salt Lake City, UT 84105 | Jennifer Coppersmith<br>Jennifer Coppersmith Design, LLC<br>1159 S Windsor St<br>Salt Lake City, UT 84105<br>801-783-7779 | Trade debt | | 19,275.00 |
| JM Brennan Inc<br>P. O. Box 2127<br>Milwaukee, WI 53201 | Nick Wesolowski<br>JM Brennan Inc<br>P. O. Box 2127<br>Milwaukee, WI 53201<br>414-788-3139 | Trade debt | | 17,198.68 |

B4 (Official Form 4) (12/07) - Cont.

In re: **The Young Men's Christian Association of Metropolitan Milwaukee, Inc.**
Debtor(s)

Case No. **14-27174**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Journal Sentinel Inc<br>Box 78932<br>Milwaukee, WI 53278-0932 | Journal Sentinel Inc<br>Box 78932<br>Milwaukee, WI 53278-0932 | Trade debt | | 36,037.00 |
| L & A Crystal Services, LLC<br>10903 N. Industrial Drive<br>Mequon, WI 53092 | L & A Crystal Services, LLC<br>10903 N. Industrial Drive<br>Mequon, WI 53092 | Trade debt | | 117,990.00 |
| Merchants Automotive Group<br>1256 Hooksett Road<br>Hooksett, NH 03106 | Merchants Automotive Group<br>1256 Hooksett Road<br>Hooksett, NH 03106 | Trade debt | | 37,660.00 |
| Moegenburg Research Inc<br>155 S Executive Dr<br>Suite 212<br>Brookfield, WI 53005 | Pete Moegenbrug<br>Moegenburg Research Inc<br>155 S Executive Dr<br>Suite 212<br>Brookfield, WI 53005<br>262-782-0780 | Trade debt | | 32,000.00 |
| Pieper Electric Inc<br>5070 N 35th St<br>Milwaukee, WI 53209 | Brenda Evans<br>Pieper Electric Inc<br>5070 N 35th St<br>Milwaukee, WI 53209<br>414-462-7700 | Trade debt | | 19,086.11 |
| Postmaster<br>606 E. Juneau Ave<br>Milwaukee, WI 53202 | Postmaster<br>606 E. Juneau Ave<br>Milwaukee, WI 53202 | Trade debt | | 35,000.00 |
| PromoLux, Inc<br>6027 W Vliet<br>Wauwatosa, WI 53213 | Tyra Hammett<br>PromoLux, Inc<br>6027 W Vliet<br>Wauwatosa, WI 53213<br>414-771-1831 | Trade debt | | 22,176.59 |
| Simplex Grinnell<br>Dept CH 10320<br>Palatine, IL 60055-0320 | Kelly Bellows<br>Simplex Grinnell<br>Dept CH 10320<br>Palatine, IL 60055-0320<br>262-825-1009 | Trade debt | | 28,471.25 |
| Sysco Food Services of Eastern Wisconsin<br>One Sysco Drive<br>Jackson, WI 53037-9226 | Jesica Sutter<br>Sysco Food Services of Eastern Wisconsin<br>One Sysco Drive<br>Jackson, WI 53037-9226<br>262-677-1100 | Trade debt | | 32,224.11 |
| The Marek Group<br>W228N821 Westmound Dr<br>Waukesha, WI 53186 | Carrie Schwai<br>The Marek Group<br>W228N821 Westmound Dr<br>Waukesha, WI 53186<br>262-549-8900 | Trade debt | | 30,834.40 |

In re: **The Young Men's Christian Association of Metropolitan Milwaukee, Inc.**
Debtor(s)

Case No. **14-27174**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| United Healthcare Insurance Company<br>22561 Network Place | United Healthcare Insurance Company<br>22561 Network Place | Insurance premiums | | 162,847.23 |
| US Bank, N.A.<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202 | US Bank, N.A.<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202 | Bond trustee | Contingent<br>Unliquidated | 24,205,000.00 |
| Wipfli LLP<br>c/o David Globig<br>10000 Innovation Dr., Suite 250<br>Milwaukee, WI 53226 | David Globig<br>Wipfli LLP<br>c/o David Globig<br>10000 Innovation Dr., Suite 250<br>Milwaukee, WI 53226<br>(414) 431-9329 | Trade debt | | 47,500.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 4, 2014**

Signature **/s/ Julie A. Tolan**
**Julie A. Tolan**
**Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.