UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: The Young Men's Christian
Association of Milwaukee, Inc.

Case No. 14-27174-svk
(Chapter 11)

Debtor.

# NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a)(1), the following creditors of the above-named Debtor being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**ACTING CHAIRPERSON**
Chris Dolney
The Marek Group, Inc.
W228N821 Westmound Dr
Waukesha, WI 53186
Tele: 262-549-8942
Fax: 262-549-6246
Email: chris.dolney@marekgroup.com

Lawrence Horning
Pieper Electric Inc
5070 N 35th St
Milwaukee, WI 53209
Tele: 414-831-2328
Email:: Lawrence.horning@peiperpower.com

Ellen Homb
2 Story Creative
641 W. National Ave
Milwaukee, WI 53204
Tele: 414-220-9663
Fax: 414-220-9657
Email: ellen@2-story.com

Jennifer Coppersmith
Jennifer Coppersmith Design, LLC
1159 S Windsor St
Salt Lake City, UT 84105
Tele: 801-783-7779
Email: jcoppersmith@gmail.com

Mr. Robert Nelson
L&A Crystal Services LLC
10903 N. Industrial Drive
Mequon, WI 53092
Tele: (262) 512-9790
Cell: (262) 271-5823
Fax: (262) 512-0393
Email: bobn@lacrystal.com

Dated: June 20, 2014.

PATRICK S. LAYNG
United States Trustee

/s/ DAVID W. ASBACH
Assistant United States Trustee

Debra L. Schneider, Trial Attorney
Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4499 / Fax (414) 297-4478

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: The Young Men's Christian
Association of Milwaukee, Inc.,

Debtor.

Case No. 14-27174-svk
(Chapter 11)

## CERTIFICATE OF SERVICE

I, certify that on June 20, 2014, I electronically filed the **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** with the Clerk of Bankruptcy Court using the ECF system which will send notification of such filing to:

    Attorney Mark L. Metz

and that I e-mailed a copy of such document, addressed to:

**ACTING CHAIRPERSON**
Chris Dolney
The Marek Group, Inc.
W228N821 Westmound Dr
Waukesha, WI 53186
Tele: 262-549-8942
Fax: 262-549-6246
Email: chris.dolney@marekgroup.co

Lawrence Horning
Pieper Electric Inc
5070 N 35th St
Milwaukee, WI 53209
Tele: 414-831-2328
Email: Lawrence.horning@peiperpower.com

Jennifer Coppersmith
Jennifer Coppersmith Design, LLC
1159 S Windsor St
Salt Lake City, UT 84105
Tele: 801-783-7779
Email: jcoppersmith@gmail.com

Ellen Homb
2 Story Creative
641 W. National Ave
Milwaukee, WI 53204
Tele: 414-220-9663
Fax: 414-220-9657
Email: ellen@2-story.com

Mr. Robert Nelson
L&A Crystal Services LLC
10903 N. Industrial Drive
Mequon, WI 53092
Tele: (262) 512-9790
Cell: (262) 271-5823
Fax: (262) 512-0393
Email: bobn@lacrystal.com

_Carrie A. Jekelis_
Carrie A. Jekelis, Paralegal Specialist
Office of the United States Trustee